No. 87–1160.   DUQUESNE LIGHT CO. ET AL. v. BARASCH ET AL.   Appeal from Sup. Ct. Pa.   Probable jurisdiction noted.   ■

No. 86–1088.   CITY OF CANTON, OHIO v. HARRIS ET AL.  C. A. 6th Cir.   Certiorari granted.

No. 87–996.   COIT INDEPENDENCE JOINT VENTURE v. FEDERAL SAVINGS AND LOAN INSURANCE CORPORATION, AS RECEIVER OF FIRSTSOUTH, F. A.   C. A. 5th Cir.   Certiorari granted.

No. 87–1031.   REED v. UNITED TRANSPORTATION UNION ET AL.   C. A. 4th Cir.   Certiorari granted.

No. 87–1168.   COMMISSIONER OF INTERNAL REVENUE v. CLARK ET UX.   C. A. 4th Cir.   Certiorari granted.

No. 87–121.   DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. v. ADAMS.   C. A. 11th Cir.   Motion of respondent for leave to proceed in forma pauperis granted.   Certiorari granted.

No. 87–470.   FORT WAYNE BOOKS, INC. v. INDIANA ET AL.  Sup. Ct. Ind.; and
No. 87–614.   SAPPENFIELD ET AL. v. INDIANA.   Ct. App. Ind.  Motions of PHE, Inc., Video Software Dealers Association, and American Booksellers Association, Inc., et al. for leave to file briefs as amici curiae in No. 87–470 granted.   Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.

No. 87–1167.   PRICE WATERHOUSE v. HOPKINS.   C. A. D. C. Cir.   Certiorari granted.   JUSTICE STEVENS took no part in the consideration or decision of this petition.